# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES FARMER, et al., | Civil No. 1:24-cv-01654 |
| Plaintiffs, | |
| v. | |
| ENVIRONMENTAL PROTECTION AGENCY, et al. | |
| Defendants. | |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

For the reasons set forth in the accompanying Memorandum in Support, the United States Environmental Protection Agency, and Michael Regan, in his official capacity as Administrator of the United States Environmental Protection Agency (collectively, "EPA") respectfully request that the Court dismiss Plaintiffs' *Second Amended Complaint for Declaratory and Injunctive Relief* for lack of subject matter jurisdiction under Rule 12(b)(1) of the Federal Rules of Civil Procedure, and for failure to state a claim under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Dated:  September 9, 2024

Respectfully submitted,

TODD KIM
Assistant Attorney General
Environment & Natural Resources Division

     */s/ Shari Howard*
Shari Howard
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division

Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 598-9407
Fax: (202) 514-8865
shari.howard@usdoj.gov

*Counsel for Defendants*