## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JAMES FARMER, et al.,

                    Plaintiffs,

      v.

ENVIRONMENTAL PROTECTION
AGENCY, et al.

                    Defendants.

Civil No. 1:24-cv-01654

### [PROPOSED] ORDER

Having received *Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint for Declaratory and Injunctive Relief* on September 9, 2024, the Court hereby grants such motion.

**SO ORDERED** on this _____ day of _____, 2024.

_____
HONORABLE DABNEY L. FRIEDRICH
United States District Judge