UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES FARMER, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>*Defendants*. | CIVIL ACTION NO. 24-cv-1654 (DLF) |

**[PROPOSED] ORDER**

Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint for Declaratory and Injunctive Relief, filed on September 9, 2024, is hereby denied.

**SO ORDERED** on this ___ day of _____, 2024.

_____
HONORABLE DABNEY L. FRIEDRICH
United States District Judge

i