**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JAMES FARMER, ROBIN ALESSI, PATSY SCHULTZ, KAREN COLEMAN, TONY COLEMAN, JOHNSON COUNTY, TEXAS, MAINE ORGANIC FARMERS AND GARDENERS ASSOCIATION, and POTOMAC RIVERKEEPER, INC., d/b/a POTOMAC RIVERKEEPER NETWORK, | Civil Action No. 24-cv-01654-DLF<br><br>Hon. Dabney L. Friedrich |

      Plaintiffs,

  v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, and MICHAEL
REGAN, in his official capacity as
Administrator of the United States,

      Defendants,

  and

NATIONAL ASSOCIATION OF CLEAN
WATER AGENCIES,

      Proposed Intervenor-Defendant.

---

## PROPOSED INTERVENOR-DEFENDANT NACWA'S MOTION TO INTERVENE

The National Association of Clean Water Agencies ("NACWA") moves to intervene as a party defendant in this action as a matter of right pursuant to Fed. R. Civ. P. 24(a)(2), or in the alternative, for permissive intervention pursuant to Fed. R. Civ. P. 24(b)(1). The reasons for this motion are set forth in the accompanying Memorandum and Declaration in Support. If granted intervention, NACWA has attached a Motion to Join Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint (ECF No. 13) for filing.

Pursuant to LCvR. 7(m), NACWA has conferred with all counsel of record. Defendants consent to this Motion. Plaintiffs take no position on NACWA's Motion at this time.

Dated: September 26, 2024                    Respectfully submitted,

                                            /s/ James B. Slaughter
                                            BEVERIDGE & DIAMOND, P.C.
                                            James B. Slaughter (D.C. Bar No. 417273)
                                            jslaughter@bdlaw.com
                                            1900 N Street NW, Suite 100
                                            Washington, DC 20036
                                            Phone: (202) 789-6000

                                            Allyn L. Stern (*pro hac vice to be filed*)
                                            astern@bdlaw.com
                                            600 University Street, Suite 1601
                                            Seattle, WA 98101-3109
                                            Phone: (206) 315-4800

                                            Thomas P. Kolkin (*pro hac vice to be filed*)
                                            tkolkin@bdlaw.com
                                            201 North Charles Street, Suite 2210
                                            Baltimore, MD 21201
                                            Phone: (410) 230-1300

                                            *Counsel for National Association of Clean Water Agencies*

                                            NATIONAL ASSOCIATION OF CLEAN WATER AGENCIES
                                            Amanda Aspatore
                                            AAspatore@nacwa.org
                                            1130 Connecticut Ave NW, Suite 1050
                                            Washington, DC 20036
                                            Phone: (202) 833-2672

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2024, a true copy of the foregoing Proposed Intervenor-Defendant NACWA's Motion to Intervene was filed through the CM/ECF system and notice sent by the Court's electronic filing system to counsel of record.

*/s/ James B. Slaughter*
James B. Slaughter (D.C. Bar No. 417273)
