IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES FARMER, ROBIN ALESSI, PATSY SCHULTZ, KAREN COLEMAN, TONY COLEMAN, JOHNSON COUNTY, TEXAS, MAINE ORGANIC FARMERS AND GARDENERS ASSOCIATION, and POTOMAC RIVERKEEPER, INC., d/b/a POTOMAC RIVERKEEPER NETWORK<br><br>         Plaintiffs,<br><br>    v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and MICHAEL REGAN, in his official capacity as Administrator of the United States,<br><br>         Defendants. | Civil Action No. 24-cv-01654-DLF<br><br>Hon. Dabney L. Friedrich |

**CERTIFICATE REQUIRED BY LCvR 26.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Proposed Intervenor National Association of Clean Water Agencies ("NACWA"), certify that to the best of my knowledge and belief, that NACWA has no parent company, subsidiaries, affiliates, or companies which own at least 10 percent of stock of NACWA which have any outstanding securities in the hands of the public.

Dated: September 26, 2024

Respectfully submitted,

*/s/ James B. Slaughter*
James B. Slaughter (D.C. Bar No. 417273)
BEVERIDGE & DIAMOND, PC
1900 N Street, NW, Suite 100
Washinton, DC 20036
Tel. (202) 789-6000
Email: jslaughter@bdlaw.com
*Counsel for National Association of Clean Water Agencies*