IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES FARMER, ROBIN ALESSI, PATSY SCHULTZ, KAREN COLEMAN, TONY COLEMAN, JOHNSON COUNTY, TEXAS, MAINE ORGANIC FARMERS AND GARDENERS ASSOCIATION, and POTOMAC RIVERKEEPER, INC., d/b/a POTOMAC RIVERKEEPER NETWORK,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and MICHAEL REGAN, in his official capacity as Administrator of the United States,<br><br>    Defendants,<br><br>  and<br><br>NATIONAL ASSOCIATION OF CLEAN WATER AGENCIES,<br><br>    Proposed Intervenor-Defendant. | Civil Action No. 24-cv-01654-DLF<br><br>Hon. Dabney L. Friedrich |

**PROPOSED INTERVENOR-DEFENDANT NACWA'S MOTION TO INTERVENE**

The National Association of Clean Water Agencies ("NACWA") moves to intervene as a party defendant in this action as a matter of right pursuant to Fed. R. Civ. P. 24(a)(2), or in the alternative, for permissive intervention pursuant to Fed. R. Civ. P. 24(b)(1). The reasons for this motion are set forth in the accompanying Memorandum and Declaration in Support. If granted intervention, NACWA has attached a Motion to Join Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint (ECF No. 13) for filing.

1

Pursuant to LCvR. 7(m), NACWA has conferred with all counsel of record. Defendants and Plaintiffs take no position on NACWA's Motion at this time.

Dated: September 26, 2024

Respectfully submitted,

/s/ James B. Slaughter
BEVERIDGE & DIAMOND, P.C.
James B. Slaughter (D.C. Bar No. 417273)
jslaughter@bdlaw.com
1900 N Street NW, Suite 100
Washington, DC 20036
Phone: (202) 789-6000

Allyn L. Stern (*pro hac vice to be filed*)
astern@bdlaw.com
600 University Street, Suite 1601
Seattle, WA 98101-3109
Phone: (206) 315-4800

Thomas P. Kolkin (*pro hac vice to be filed*)
tkolkin@bdlaw.com
201 North Charles Street, Suite 2210
Baltimore, MD 21201
Phone: (410) 230-1300

*Counsel for National Association of Clean Water Agencies*

NATIONAL ASSOCIATION OF CLEAN WATER AGENCIES
Amanda Aspatore
AAspatore@nacwa.org
1130 Connecticut Ave NW, Suite 1050
Washington, DC 20036
Phone: (202) 833-2672

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2024, a true copy of the foregoing Proposed Intervenor-Defendant NACWA's Motion to Intervene was filed through the CM/ECF system and notice sent by the Court's electronic filing system to counsel of record.

*/s/ James B. Slaughter*
James B. Slaughter (D.C. Bar No. 417273)
