IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES FARMER, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>    Defendants,<br><br>and<br><br>NATIONAL ASSOCIATION OF CLEAN WATER AGENCIES,<br><br>    Intervenor-Defendant. | Civil Action No. 24-cv-01654-DLF<br><br>Hon. Dabney L. Friedrich |

**[PROPOSED] ORDER**

Upon consideration of proposed Intervenor-Defendant National Association of Clean Water Agencies' ("NACWA") Motion to Intervene, the accompanying memorandum of points and authorities, NACWA's Motion to Join Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint, and the full record herein, it is hereby:

1.     **ORDERED** that NACWA's Motion to Intervene as a matter of right in this action under Fed. R. Civ. P. 24(a)(2) is **GRANTED**.

2.     NACWA's attached Motion to Join Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint is **DEEMED FILED**.

3. **ORDERED** that Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint for Declaratory and Injunctive Relief is **GRANTED**.

DATED this ___ day of _____, 2024.

_____
The Honorable Dabney L. Friedrich
United States District Judge