UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES FARMER, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>*Defendants*. | CIVIL ACTION NO. 24-cv-1654 (DLF) |

### [PROPOSED] ORDER

Upon consideration of proposed Intervenor-Defendant National Association of Clean Water Agencies' Motion to Intervene and Plaintiffs' response in opposition, and the full record herein, it is hereby:

1. **ORDERED** that NACWA's Motion to Intervene as a matter of right in this action under Fed. R. Civ. P. 24(a)(2) is **DENIED**.

2. **ORDERED** that NACWA's Motion to for permissive intervention in this action under Fed. R. Civ. P. 24(b) is **DENIED**.

3. **ORDERED** that NACWA's Motion to Join Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint is **DENIED**.

**SO ORDERED** on this ___ day of _____, 2024.

_____
HONORABLE DABNEY L. FRIEDRICH
United States District Judge