UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES FARMER, *et al.*,

    *Plaintiffs*,

v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, *et al.*,

    *Defendants.*

No. 24-cv-1654 (DLF)

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that the National Association of Clean Water Agencies' ("NACWA") Motion to Intervene, Dkt. 20, is **GRANTED**. It is further

**ORDERED** that as an intervening party, NACWA shall comply with the conditions set forth in the accompanying Memorandum Opinion.

**SO ORDERED.**

December 16, 2024

DABNEY L. FRIEDRICH
United States District Judge