UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES FARMER, *et al.*,

*Plaintiffs*,

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,

*Defendants.*

CIVIL ACTION NO. 24-cv-1654 (DLF)

# NOTICE OF APPEAL

All Plaintiffs in this case hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the final order entered in this matter on September 29, 2025. [ECF 35]

Respectfully submitted this 25th day of November, 2025,

/s/ Laura Dumais
Laura Dumais, DC Bar # 1024007
Public Employees for Environmental Responsibility
962 Wayne Ave., Suite 610
Silver Spring, MD 20910
(202) 265-7337
ldumais@peer.org

/s/ Paula Dinerstein
Paula Dinerstein, D.C. Bar No. 333971
Public Employees for Environmental Responsibility
962 Wayne Ave, Suite 610
Silver Spring, MD 20910
(202) 265-7337
pdinerstein@peer.org

*Counsel for Plaintiffs*